

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

## Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 12, 2021

Marcus Reed
317 La Grotta Lane
Georgetown, TX 78628
* DELIVERED VIA E-MAIL & POSTAL *

Emily Edwards
Assistant District Attorney
P.O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-19-00372-CR, 07-19-00373-CR
Trial Court Case Number:  D-1-DC-19-904028, D-1-DC-19-904029

**Style:**   Marcus Reed v. The State of Texas

Dear Mr. Reed and Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:   Honorable P. David Wahlberg (DELIVERED VIA E-MAIL)
Velva L. Price (DELIVERED VIA E-MAIL)